IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br>CHARRON L. OLIVER,<br>*Debtor.* | Case No. 25-14777-MMH<br>Chapter 13 |
| S. GOLDBERG – CUSTODIAN, LLC<br>*Movant,*<br>v.<br>CHARRON L. OLIVER,<br>*Respondent.* | |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

S. Goldberg – Custodian, LLC (the "Movant") has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to pursue any and all rights and remedies available under state law with regard to the Movant's continued prosecution and enforcement of its ground-rent ejectment action against the non-debtor fee owner of 1002 Bonaparte Avenue, Baltimore, Maryland 21218 (the "Property").

A copy of the Motion is attached.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by **December 7, 2026** (parties served by mail may add three (3) days to this deadline), you or your attorney must file with the Clerk of the Court a written response to the motion explaining your position and mail a copy of the response to:

Jessica Lynne Duvall, Fed. Bar No.: 21241
Levin Gann P.A.
1 West Pennsylvania Avenue, Suite 900

Towson, MD 21204
Tel.: 410-321-4666
Email: jduvall@levingann.com

If you mail, rather than hand deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the deadline stated above. If you file a timely response to the motion, the hearing on the motion will take place on December 17, 2026 at 10:00 AM (ET) in the Courtroom 9-C, United States Bankruptcy Court, Federal Courthouse, 101 W Lombard St, Baltimore, MD 21201, before the Honorable Michelle S. Harner.

IF YOU OR YOUR ATTORNEY DO NOT FILE AND SERVE A TIMELY RESPONSE TO THE MOTION, THE COURT MAY FIND THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING.

Dated: November 23, 2026

Respectfully submitted,

*<u>/s/ Jessica Lynne Duvall</u>*

Jessica Lynne Duvall, Fed. Bar No.: 21241
Levin Gann P.A.
1 West Pennsylvania Avenue, Suite 900
Towson, MD 21204
Tel.: 410-321-4666
Email: jduvall@levingann.com

*Counsel to Movant*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 23, 2026, a copy of the foregoing Notice of Motion for Relief from Stay was served by CM/ECF to the following parties:

- **Chaitanya Gopal** cgopal@raslg.com
- **Rebecca A. Herr** ecf@ch13md.com
- **Nikita Rajendra Joshi** bkecfinbox@aldridgepite.com, njoshi@ecf.courtdrive.com
- **Jeffrey M. Sirody** nicole@sirody.com, smeyers5@hotmail.com; sirodyjr47896@notify.bestcase.com

- **Scott B Wheat** swheat@fftlaw.com

I FURTHER CERTIFY that on November 23, 2026, a copy of the foregoing Notice of Motion for Relief from Stay was served by first-class mail, postage pre-paid, to the following parties:

Charron L. Oliver,
3811 Harlem Ave.,
Baltimore, MD 21229

Rebecca A. Herr, Chapter 13 Trustee,
185 Admiral Cochrane Dr., Suite 240,
Annapolis, MD 21401

Office of the U. S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

*/s/ Jessica Lynne Duvall*
Jessica Lynne Duvall